**Kazimiera Tomasun, appellee, v. The Western and Southern Life Insurance Company, appellant. Gen. No. 37,042.**

▮▮▮▮ Heard in the second division of this court for the first district at the October term, 1933. ▮▮▮▮ Opinion filed March 6, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Daniel L. Madden, for appellee; Edward J. Kelley, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

**Clara C. Gichau for the use of Frederick W. Clare, appellant, v. First Union Trust and Savings Bank, appellee. Gen. No. 36,776.**

▮▮▮▮ Heard in the second division of this court for the first district at the June term, 1933. ▮▮▮▮ Opinion filed March 6, 1934. Rehearing denied March 21, 1934.

Charles Danto, for appellant. Miller, Gorman, Wales & Adams and Amberg, Ott, Dahlin & Livingston, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**Benjamin Kaplan, appellant, v. Jacob Pollack et al., appellees. Gen. No. 36,795.**

▮▮▮▮ Heard in the second division of this court for the first district at the June term, 1933. ▮▮▮▮ Opinion filed March 6, 1934.

Louis M. Kaplan, for appellant. No appearance for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

**Samuel Rosen, appellant, v. National Tea Company, appellee. Gen. No. 36,895.**

▮▮▮▮ Heard in the second division of this court for the first district at the June term, 1933. ▮▮▮▮ Opinion filed March 6, 1934.

Lederer, Livingston, Kahn & Adler, for appellant; Harry H. Kahn, Leo H. Arnstein and Archie H. Siegel, of counsel. Will A. Kelly and William M. Kelly, for appellee; Kelly, Pratt & Zeiss, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.